# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D2023-0452
Lower Tribunal No. CF17-010447-XX

———————————————

BRITTANY HARRIS,

Appellant/Cross-Appellee,

v.

STATE OF FLORIDA,

Appellee/Cross-Appellant.

———————————————

Appeal from the Circuit Court for Polk County.
Donald G. Jacobsen, Judge.

July 9, 2024

PER CURIAM.

AFFIRMED.

STARGEL and MIZE, JJ., and LAMBERT, B.D., Associate Judge, concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Pamela H. Izakowitz, Assistant Public Defender, Bartow, for Appellant/Cross-Appellee.

Ashley Moody, Attorney General, Tallahassee, and Natalia Reyna-Pimiento, Assistant Attorney General, Tampa, for Appellee/Cross-Appellant.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED